IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| AARON WADE SMITH, #1703605 | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:23cv1114 |
| | § | |
| DIRECTOR, TDCJ-CID | § | |

**ORDER ADOPTING REPORT AND RECOMMENDATION**
**CONCERNING PETITIONER'S MOTION FOR SUMMARY JUDGMENT**

The above-entitled and numbered civil action was referred to United States Magistrate Judge Kimberly C. Priest Johnson, who issued a Report and Recommendation (Dkt. #19) concluding that Petitioner's motion for summary judgment (Dkt. #17) should be denied without prejudice. No objections were timely filed.

The Report of the Magistrate Judge, which contains proposed findings of fact and recommendations for the disposition of such action, has been presented for consideration. The Court concludes that the findings and conclusions of the Magistrate Judge are correct. Therefore, the Court hereby adopts the findings and conclusions of the Magistrate Judge as the findings and conclusions of the Court.

It is accordingly **ORDERED** that Petitioner's motion for summary judgment (Dkt. #17) is **DENIED** without prejudice.

**SIGNED this 24th day of June, 2024.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE